RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MAR 1 7 2025
DANIEL J. McCOY, CLERK
BY: cmdh

(Rev. 12/15/2023)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JOSEPH ALLEN
Plaintiff

Prisoner # 593154

VS.

Capt. Malcolm &
Lt. Richard Rogers in their individual capacities.
Defendant

Civil Action No. 5:25-cv-0340 SEC. P

Judge ____________

Magistrate Judge ____________

## COMPLAINT
## PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983

**I. Previous Lawsuits**

a. Have you begun any other lawsuit while incarcerated or detained in any facility?

Yes ______ No X

b. If your answer to the preceding question is "Yes," provide the following information.

1. State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the County or Parish):

N/A

2. Name the parties to the previous lawsuit(s):

Plaintiffs: N/A

Defendants: ____________

3. Docket number(s): ____________

4. Date(s) on which each lawsuit was filed: ____________

5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

____________

*(Rev. 12/15/2023)*

c. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes ______ No __x__

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

N/A

**II. a. Name of institution and address of current place of confinement:**

DAVID WADE CORRECTIONAL CENTER, HOMER, LOUISIANA 71040

b. Is there a prison grievance procedure in this institution?

Yes __x__ No ______

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

   Yes __x__ No ______

2. If you did not file an administrative grievance, explain why you have not done so.

   N/A

3. If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

   Filed Original ARP, received a Response from the Institution and a Response from Department of Corrections

   Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

**III. Parties to Current Lawsuit:**

a. Plaintiff, JOSEPH ALLEN (DOC #593154)

Address DAVID WADE CORRECTIONAL CENTER, HOMER, LA 71040

(Rev. 12/15/2023)

b. Defendant, Capt. Malcolm, is employed as Captain at David Wade Correctional Center

Defendant, Lt. Richard Rogers, is employed as Lieutenant at David Wade Correctional Center

Defendant, ____________, is employed as ____________ at ____________.

Additional defendants, ____________

## IV. Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS. IF EXTRA PAGES ARE REQUIRED TO STATE THE FACTS OF YOUR CASE, YOU ARE LIMITED TO FIVE TYPEWRITTEN OR TEN LEGIBLE HANDWRITTEN PAGES PURSUANT TO LOCAL CIVIL RULE 3.2**

On July 3, 2024, during the night shift, I, Joseph Allen #593154 I was sprayed with a chemical agent while inside my cell; Capt. Malcolm and Lt. R. Rogers, took me out of my cell into the N3 Lobby, made me get on my knees, walked me out of N3 Lobby thru the back door to the walkway between N3 and N4, started punching me on my ribs and face, until they busted my lips and nose. Once they finished beating me up, I asked to see medical, they say "NO" and took me back to my cell and I was told once again that I was "NOT GOING TO SEE MEDICAL". I told them they will hear from a lawsuit I was going to file against the Institution and them, so they held my in the cell until I did heal up.

I was taken outside where the camera would not be recorded and nobody will be witnessing this incident when they were beating me up; that's not what Correctional Officers job is, as I was the victim of cruel and unusual punishment and violation of my civil rights under 42 U.S.C. § 1983, as well a "deliberated indifference" to my medical needs for their failure to provide medical assistance and refusal to take me to the Medical department.

*(Rev. 12/15/2023)*

## V. Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

Punitive damages against Lt. Richard Rogers ... $250.000

Punitive damages against Capt. Malcolm ........ $250.000

## VI. Plaintiff's Declaration

a. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c. If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

**Signed this** 10TH **day of** MARCH **, 20** 25.

DOC #593154

**Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)**

Joseph Allen #593154

**Signature of Plaintiff**