LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES

CASE NUMBER: DWCC-2024-0476

SECOND STEP RESPONSE FORM
(HEADQUARTERS)

TO: ALLEN, JOSEPH 593154
Offender Name and Number

DWCC
Living Unit

Received in this Office on 10/04/2024:

Your request for an Administrative review of ARP# DWCC-2024-0476 has been received. A qualified member of the Headquarters staff has reviewed your request in order to render a fair and impartial response.

All pertinent documentation surrounding your request, including the unusual occurrence reports, statements provided by the security staff, the disciplinary report issued and your medical records have been reviewed. None of the documents reviewed support your allegations. Through your own actions, staff was forced to use only the amount of force necessary to bring you into compliance with the verbal orders issued to you by staff. Also, per your medical records, you refused to be assessed by the medical staff; you refused an eye wash; you would not speak; you had no injuries to your person. Medical opinion is controlling. Lastly, in statements from MSgt. Rogers and Capt. Malcolm, they both deny your allegations and there is no reason to doubt the credibility of their statements nor the documentation forwarded by DWCC staff. You have failed to provide any evidence to substantiate your allegations or that would cause us to believe otherwise. This office concurs with staff's findings on this matter. As such, no further investigation or administrative intervention is warranted.

Your request for Administrative Remedy is denied.

12-12-24

Date

Secretary's Signature or His Designee

5