JOSEPH ALLEN, DOC #593154
DAVID WADE CORRECTIONAL CENTER
670 BELL HILL RD. N4
HOMER, LA 71040

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 71040 $ 002.31⁰
02 7W
0008028989 MAR 13 2025

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MAR 1 7 2025
DANIEL J. McCOY, CLERK
BY: mdh

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION
300 FANNIN ST., Suite 1167
SHREVEPORT, LOUISIANA 71101-3083

LEGAL MAIL

X-RAYED