# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **JOSEPH ALLEN** | **CIVIL ACTION NO. 25-0340** |
| | |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE DOUGHTY** |
| | |
| **CAPTAIN MALCOLM, ET AL.** | **MAG. JUDGE MCCLUSKY** |

## J U D G M E N T

The Report and Recommendation (ECF No. 8) of the Magistrate Judge having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the following claims and requests for relief are **DISMISSED WITH PREJUDICE** as legally frivolous and for failing to state claims on which relief may be granted: (1) that before spraying Plaintiff with a chemical agent, Captain Malcolm failed to call "medical" to ask if Plaintiff had asthma or heart problems; (2) that Captain Malcolm and Lieutenant Rogers retaliated in response to Plaintiff's statement that he intended to file a lawsuit; (3) that Lieutenant Rogers retaliated by writing him up every time he gets "close to making The Board to the next level"; (4) that Sergeant Jeroy Byrant and Sergeant Jackson made sexual threats against him; (5) that Captain Malcolm refuses him his "shower and ice call"; and (6) Plaintiff's request for a transfer to a different facility.

**MONROE, LOUISIANA,** this 5th day of June, 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE